**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVOCATES ASSISTING
DISABLED AMERICANS, et al.,

    Plaintiff,

    v.

BANK OF THE WEST,

    Defendant.
_____/

No. C 05-1969 PJH

**ORDER TO SHOW CAUSE**

    TO DEFENDANT BANK OF THE WEST AND ITS COUNSEL OF RECORD: You are hereby ordered to show cause in writing, no later than June 15, 2005, why this case should not be remanded to the Superior Court of California, County of Marin, for lack of subject matter jurisdiction. Specifically, the notice of removal states that the basis for removal is federal question jurisdiction, while the complaint pleads causes of action under California law only, and states on its face, "No Federal Violations Pled."

    The notice of removal asserts that plaintiffs' use of the phrase "if such compliance is readily achievable," in connection with their claim that defendant has failed to make appropriate accommodations to public facilities, transforms plaintiff's claim under California Civil Code 51 into a claim under the federal Americans With Disabilities Act. However, the fact that plaintiffs may have mis-used a particular phrase does not provide sufficient basis on which to find that the complaint should be read as pleading a federal claim.

**IT IS SO ORDERED.**

Dated: June 7, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge