

# JMBM | Jeffer Mangels Butler & Marmaro LLP

Martin H. Orlick
Direct: (415) 984-9667
Fax: (800) 216-3380
MOrlick@jmbm.com

Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3824
(415) 398-8080   (415) 398-5584 Fax
www.jmbm.com

Ref: 58881-0035

June 7, 2005

**VIA HAND-DELIVERY**

The Honorable Judge Phyllis J. Hamilton
Courtroom 3, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

> Re:   Advocates Assisting Disabled Americans, et al. v. Bank of the West -
>       Action No. C 05-1969 PJH
>       Order to Show Cause

Dear Judge Hamilton:

This letter is to request a two (2) week continuance of the Order to Show Cause regarding remand of this matter to Superior Court, ordered on June 7, 2005 and set to be heard on June 15, 2005 (the "OSC"). Our request is based upon the recent settlement of this matter.

Specifically, following removal of this matter from State Court, we were able to negotiate a settlement with the Plaintiffs. We have agreed to the terms of settlement, and are in the process of finalizing our Settlement and Release Agreement. Accordingly, we respectfully request the OSC be continued two (2) weeks, until June 29, 2005, to afford sufficient time to finalize the settlement of this matter.

Very truly yours

MARTIN H. ORLICK of
Jeffer, Mangels, Butler & Marmaro LLP

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

MHO:msk

cc:   Nick V. Avtonomoff, Esq.
      Client

## PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

      I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

      On June 7, 2005 I served the document(s) described as Court Correspondence in this action as follows:

☒    (BY FAX) At *1209*, I transmitted, pursuant to Rules 2001 et seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the fax number listed below. The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

      Executed on June 7, 2005 at San Francisco, California.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Thomas H.M. Bird

## SERVICE LIST

Nicolai Vadim Avtonomoff, Esq.
253 Karen Way
Tiburon, CA 94920
Fax Number (415)388-2161