1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908)
2  MATTHEW S. KENEFICK (Bar No. 227298)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:  (415) 398-8080
4  Facsimile:   (415) 398-5584

5

   Attorneys for Defendant BANK OF THE WEST
6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  ADVOCATES ASSISTING DISABLED       CASE NO. 05-cv-1969 PJH
    AMERICANS, and SUSANA CROW,
12                                     **ORDER OF DISMISSAL WITH
                                       PREJUDICE AS TO BANK OF THE WEST**
13           Plaintiff,                AND ORDER
                                       DISMISSING
14       v.                            ACTION

15  BANK OF THE WEST, and DOES 1 to 10,

16           Defendants.

17
                                       *Superior Court Case No. CV 051472*
18

19      Having considered the parties' Stipulation of Dismissal With Prejudice and for good cause

20  appearing, it is hereby ORDERED:

21      1. 1. The action <u>Advocates Assisting Disabled Americans and Susana Crow v.</u>

22  <u>Bank of the West, et al.</u>, Case No. 05-CV-1969 PJH, is dismissed with prejudice as to **BANK OF**

23  **THE WEST.**, and this action is
            dismissed in its
24          entirety.

25  DATED: 6/17/05

26                                     _____
                                       PHYLLIS J. HAMILTON
27                                     UNITED STATES DISTRICT COURT JUDGE

28

PRINTED ON
RECYCLED PAPER

MS Word EAP SF 405303v1 58881-0035 6/9/05

ORDER RE DISMISSAL
Case No. 05-1969 PJH